IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3101 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID LEE WALTERS, | ) | ORDER GRANTING ORAL REQUEST TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

    Counsel for the defendant by telephone orally requested a continuance of the evidentiary and sentencing hearing for at least 30 days to provide him time to review newly received information and confer with the defendant.   The government has expressed no objection to the motion.

    IT THEREFORE IS ORDERED that:

1. the oral motion to continue the evidentiary and sentencing hearing, Docket Entry No. 44, is granted;

2. the evidentiary and sentencing hearing is continued to April 29, 2009, at 10:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated March 30, 2009.

                                          BY THE COURT

                                          s/  Warren K. Urbom
                                          United States Senior District Judge