IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3101 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID LEE WALTERS, | ) | ORDER ON MOTION TO CONTINUE |
| | ) | SENTENCING |
| Defendant. | ) | |
| | ) | |

    For the reasons stated in the Motion to Continue Sentencing, filing 46, and with no objection from the government,

    IT IS ORDERED that:

1. the Motion to Continue Sentencing, filing 46, is granted;

2. the sentencing hearing is continued to July 1, 2009, and will commence at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated April 24, 2009.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge