IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3101 |
| v. | ) | |
| DAVID LEE WALTERS, | ) | ORDER ON MOTION TO RESTRICT |
| Defendant. | ) | |

IT IS ORDERED that the Motion to Restrict, filing 58, is granted.

Dated September 20, 2010.

BY THE COURT

s/   Warren K. Urbom
United States Senior District Judge