IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3101 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID LEE WALTERS, | ) | ORDER ON MOTIONS TO RESTRICT |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed two Motions to Restrict, filing 61 and 62.

IT IS ORDERED that:

1.   the Motion to Restrict, filing 61, is granted; and

2.   the Motion to Restrict, filing 62, is denied as moot.

Dated October 4, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge